IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICARDO OREGEL GONZALEZ, | * |
| Petitioner, | * |
| v. | Case No. 7:26-cv-6 (WLS-AGH) |
| | * |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 14th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk